IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATAUSHA N. WARREN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:09-CV-1408-TWT |

## ORDER

This is an action seeking review of a decision by the Commissioner denying the Plaintiff's application for Social Security disability benefits.  It is before the Court on the Report and Recommendation [Doc. 19] of the Magistrate Judge recommending affirming the decision of the Commissioner.   The Court approves and adopts the Report and Recommendation as the judgment of the Court. The decision of the Commissioner is AFFIRMED.

SO ORDERED, this 19 day of August, 2010.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\Warren\r&r.wpd